No._____

PD-1671-14

PD-1671-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/29/2014 2:48:17 PM
Accepted 12/30/2014 10:21:58 AM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| Christun Gibson | § | In the Court of Criminal Appeals |
| | § | |
| Vs. | § | |
| | § | |
| State of Texas | § | of Texas |

### Motion to Extend Time to File Petition for Discretionary Review

To The Honorable Judges of Said Court:

Now comes Christun Gibson, Appellant in the above styled and numbered cause, and moves for an extension of time of 60 days to file a petition for discretionary review, and for good cause shows the following:

1.      On December 16, 2014, the First Court of Appeals affirmed appellant's conviction. The Court of Appeals number is 01-14-00155-CR.

2.      The undersigned trial counsel will not be filing a petition for discretionary review in this cause and will be filing a motion to withdraw as appointed counsel in the trial court. Pursuant to Texas Rules of Appellate Procedure 48.4, Appellant has been notified of his right to file a *pro se* petition for discretionary review. Appellant will not be able to meet the statutory 30 day deadline to file a petition for discretionary review, should he choose to do so, by January 15, 2015. Therefore, counsel is filing this motion to extend time to file petition for discretionary review for him. The purpose of this motion is not for delay, but to see that justice is done.

Wherefore, appellant respectfully requests an extension of 60 days, until **Monday, March 16, 2015**, to file a petition for discretionary review.

FILED IN
COURT OF CRIMINAL APPEALS

December 30, 2014

ABEL ACOSTA, CLERK

Respectfully submitted,

Celeste Blackburn
Attorney at Law
333 N. Rivershire Dr., Suite 285
Conroe, Texas 77304
(936)703-5000
Fax (877)900-2822

## Certificate of Service

I, Celeste Blackburn, certify that a true and correct copy of this motion was mailed to the HarrisCounty District Attorney's Office on the 29th day of December, 2014.

Celeste Blackburn